UNITED STATES of America,
Plaintiff–Appellee,

v.

Jennifer YOUNG, Defendant–Appellant.

No. 10–10383
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 11, 2010.

A. Brian Albritton, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, Karen L. Gable, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Donald R. West, Federal Public Defender, Middle District of Florida, Orlando, FL, Donna Lee Elm, Federal Public Defender, Jacksonville, FL, for Defendant–Appellant.

Before EDMONDSON, CARNES and MARTIN, Circuit Judges.

PER CURIAM:

Jenny L. Devine, appointed counsel for Jennifer Young in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. Cali-*

---

*fornia,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Young's conviction and sentence under Count Three are **AFFIRMED.**